# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00126-01/02-CR-W-BP |
| ) | |
| RODTE TAYLOR, and ) | |
| DADRIAN TATE, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 18, 2017, the Grand Jury returned a five-count Indictment. Count One charges Defendants Rodte Taylor and Dadrian Tate with Hobbs Act Conspiracy in violation of 18 U.S.C. § 1951(a). Count Two charges Defendants Taylor and Tate with aiding and abetting Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a) and 2. Counts Three and Five charge Defendant Tate with possession/use of a firearm in furtherance of/during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A). Count Four charges Defendant Tate with attempted Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Don Michael Green and Brad Kavanaugh
    Case Agent: Detective Owen Farris, Kansas City Missouri Police Department
    Defense: Robert Glen Kuchar (for Defendant Rodte Taylor)
        Possibility that Mark Ermine will assist at trial
        Investigator: Mark Wolpink
    Brady D. Wimer (for Defendant Dadrian Tate)

**OUTSTANDING MOTIONS**:

| 07/31/2018 | view46 | MOTION to suppress by Dadrian Tate. Suggestions in opposition/response due by 8/14/2018 unless otherwise directed by the court. (Wimer, Brady) (Entered: 07/31/2018) |
|---|---|---|
| 08/06/2018 | view47 | MOTION to suppress by Rodte Taylor. Suggestions in opposition/response due by 8/20/2018 unless otherwise directed by the court. (Kuchar, Robert) (Entered: 08/06/2018) |

| 01/07/2019 | [view63](view63) | REPORT AND RECOMMENDATION as to Rodte Taylor re [47](47) Motion to Suppress, Dadrian Tate re 46 Motion to Suppress. Objections to R&R due by 1/22/2019. Signed on 1/7/2019 by Magistrate Judge Lajuana M. Counts. (Bliss, Sue) (Entered: 01/07/2019) |
|---|---|---|
| 01/15/2019 | [view65](view65) | OBJECTION TO REPORT AND RECOMMENDATIONS [63](63) by Rodte Taylor (Kuchar, Robert) (Entered: 01/15/2019) |
| 01/22/2019 | [view66](view66) | OBJECTION TO REPORT AND RECOMMENDATIONS [63](63) by Dadrian Tate (Wimer, Brady) (Entered: 01/22/2019) |

**TRIAL WITNESSES**:
    Government: 20-25 with stipulations; 30-35 without stipulations
    Defendants: none unless the Defendants decide to testify

**TRIAL EXHIBITS**
    Government: approximately 50-60 exhibits
    Defendant: no exhibits at this time

**DEFENSES**: General denial as to both.

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3-4 days total**
    Government's case including jury selection: 2.5 day(s)
    Defense case: 0 day(s)

**STIPULATIONS**: None proposed at this time. May propose stipulations as to business records and interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: (none filed) **Due on or before January 29, 2019.**
            Proposed Exhibit List filed January 22, 2019
        Defense: (none filed) **Due on or before January 29, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, February 6, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions. **Motions in Limine due on or before February 6, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for February 11, 2019.

**Please note:** Robert Kuchar is out the first part of the first week. The Government's witnesses have certain conflicts on the first week. All parties agree that the second week would be preferable.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge