# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00126-01/02-CR-W-BP |
| | ) | |
| RODTE TAYLOR, and | ) | |
| DADRIAN TATE, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 18, 2017, the Grand Jury returned a five-count Indictment. Count One charges Defendants Rodte Taylor and Dadrian Tate with Hobbs Act Conspiracy in violation of 18 U.S.C. § 1951(a). Count Two charges Defendants Taylor and Tate with aiding and abetting Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a) and 2. Counts Three and Five charge Defendant Tate with possession/use of a firearm in furtherance of/during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A). Count Four charges Defendant Tate with attempted Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951(a).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government: Don Michael Green
           Case Agent: Detective Owen Farris, Kansas City Missouri Police Department
      Defense: Robert Glen Kuchar (for Defendant Rodte Taylor)
           Investigator: Mark Wolpink
         Daniel Owen Herrington (for Defendant Dadrian Tate)
           Paralegal: Jacqueline Johnson

**OUTSTANDING MOTIONS**:

| 02/11/2019 | view84 | MOTION in limine by Rodte Taylor. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Kuchar, Robert) (Entered: 02/11/2019) |
|---|---|---|

| 02/11/2019 | [view85](view85) | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |
| --- | --- | --- |
| 02/11/2019 | [view86](view86) | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |
| 02/11/2019 | [view87](view87) | MOTION in limine by Dadrian Tate. Suggestions in opposition/response due by 2/25/2019 unless otherwise directed by the court. (Wimer, Brady) (Entered: 02/11/2019) |

**TRIAL WITNESSES**:
    Government:  20-25 with stipulations; 30-35 without stipulations
    Defendants:    none unless the Defendants decide to testify

**TRIAL EXHIBITS**
    Government:  approximately 50-60 exhibits
    Defendant:    no exhibits at this time

**DEFENSES**: General denial as to both.

**POSSIBLE DISPOSITION**:
Defendant Tate
    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

Defendant Taylor
    () Definitely for trial; (  ) Possibly for trial; ( X ) Likely a plea will be worked out

**TRIAL TIME: 3-4 days total**
    Government's case including jury selection: 2.5  days
    Defense case: ½  day

**STIPULATIONS**: Possible stipulation as to business records.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list due on or before April 23, 2019.**
            Amended Proposed Exhibit List filed February 5, 2019
            Proposed Witness List filed January 23, 2019
        Defense: **Updated list due on or before April 23, 2019.**
            Proposed Witness List for Defendant Tate filed January 28, 2019 (please note this witness less was filed by Defendant's previous attorney)

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, May 1, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** May have a *Bruton* type motion in limine. **Due on or before May 1, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for May 6, 2019.

    **Please note:** Government asks for first week as his case agent may be out of town a day or two during the second week.

**IT IS SO ORDERED.**

                                          */s/ Lajuana M. Counts*
                                          Lajuana M. Counts
                                          United States Magistrate Judge